**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re:  BELLAVINO, INC.　　　　　　　　§　Case No. 9:14-bk-11523-PC
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Jeremy W. Faith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,950.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $2,050.00 | | |

　　　3) Total gross receipts of $13,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,824.37 | $4,824.37 | $2,050.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $40,000.00 | $18,818.46 | $18,818.46 | $10,950.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $173,755.14 | $55,275.72 | $55,275.72 | $0.00 |
| **TOTAL DISBURSEMENTS** | $213,755.14 | $78,918.55 | $78,918.55 | $13,000.00 |

4) This case was originally filed under chapter 7 on 07/18/2014.  The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    05/12/2017                By: /s/ Jeremy W. Faith
                                             Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquor License No. 47-458977 | 1229-000 | $13,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jeremy W. Faith | 2100-000 | NA | $2,050.00 | $2,050.00 | $828.04 |
| Trustee, Expenses - Jeremy W. Faith | 2200-000 | NA | $140.80 | $140.80 | $56.87 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $170.00 | $170.00 | $170.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $1,713.57 | $1,713.57 | $692.15 |
| Accountant for Trustee Fees (Other Firm) - Don Fife | 3410-000 | NA | $750.00 | $750.00 | $302.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,824.37** | **$4,824.37** | **$2,050.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | State Board of Equalization | 5800-000 | $40,000.00 | $14,704.28 | $14,704.28 | $10,950.00 |
| 3P | FRANCHISE TAX BOARD | 5800-000 | NA | $821.97 | $821.97 | $0.00 |
| 7P | Employment Development Department | 5800-000 | NA | $3,292.21 | $3,292.21 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$40,000.00** | **$18,818.46** | **$18,818.46** | **$10,950.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Republic Master Chefs | 7100-000 | $538.42 | $538.42 | $538.42 | $0.00 |
| 2U | State Board of Equalization | 7100-000 | NA | $26,198.56 | $26,198.56 | $0.00 |
| 3U | FRANCHISE TAX BOARD | 7100-000 | NA | $250.00 | $250.00 | $0.00 |
| 4 | Chambers & Chambers | 7100-000 | $792.00 | $792.00 | $792.00 | $0.00 |
| 5 | Abramson & Wildman | 7100-000 | $25,022.58 | $24,822.58 | $24,822.58 | $0.00 |
| 6 | MUFG UNION BANK, N.A. ATTN: M. REYES | 7100-000 | $71,640.19 | $725.24 | $725.24 | $0.00 |
| 7U | Employment Development Department | 7100-000 | NA | $1,290.57 | $1,290.57 | $0.00 |
| 8 | DRAGON LAKE WINES LLC, DBA LABYRINTH | 7100-000 | NA | $658.35 | $658.35 | $0.00 |
| N/F | ASCAP | 7100-000 | $1,243.99 | NA | NA | NA |
| N/F | Autovest, LLC | 7100-000 | $13,541.48 | NA | NA | NA |
| N/F | Capital Management Services, LP | 7100-000 | $4,163.73 | NA | NA | NA |
| N/F | Chefs Warehouse | 7100-000 | $364.52 | NA | NA | NA |
| N/F | Heartland Payment Systerms One Heartland Way | 7100-000 | $43,090.00 | NA | NA | NA |
| N/F | IFS, Inc. | 7100-000 | $801.62 | NA | NA | NA |
| N/F | Paychex of New York, LLC | 7100-000 | $724.23 | NA | NA | NA |
| N/F | Premier Meat Company | 7100-000 | $6,196.95 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | SDCR Business Services | 7100-000 | $714.53 | NA | NA | NA |
| N/F | SESAC | 7100-000 | $834.85 | NA | NA | NA |
| N/F | Southern California Edison | 7100-000 | $660.44 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $1,500.19 | NA | NA | NA |
| N/F | Wine Warehouse | 7100-000 | $1,925.42 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$173,755.14** | **$55,275.72** | **$55,275.72** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 9:14-bk-11523-PC | Trustee Name: | (001380) Jeremy W. Faith |
|---|---|---|---|
| Case Name: | BELLAVINO, INC. | Date Filed (f) or Converted (c): | 07/18/2014 (f) |
| | | § 341(a) Meeting Date: | 08/25/2014 |
| For Period Ending: | 05/12/2017 | Claims Bar Date: | 02/17/2015 |

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Liquor License No. 47-458977 (u)<br>Liquor License No. 47-458977, issued by California Dept of Alcoholic Beverage Control, unscheduled asset | 0.00 | 13,000.00 | | 13,000.00 | FA |
| 1 | **Assets        Totals**    (Excluding unknown values) | **$0.00** | **$13,000.00** | | **$13,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Period ending 03/31/2017:  9/13/16 - ETFR advanced to 12/31/16 to allow for tax clearance (return sent 9/6/16).  10/21/16 - tax clearance received.  Court costs $0.00  TFR submitted 1/18.  TFR approved 3/21/17 and checks disbursed.

Period ending 3/31/16:  Liquor license proceeds received.  Case ready for tax returns and closing, Don Fife agreed to prepare tax returns for flat fee of $750.  ETFR advanced from 8/25/15 to 8/25/16 to allow for additional investigation of potential assets and tax return preparation.

For the period ending 3/31/15: Sale of Liquor license approved 11/7/14.  Delay in closing, still awating funds.  No other assets to be administered.

| **Initial Projected Date Of Final Report (TFR):** | 08/25/2015 | **Current Projected Date Of Final Report (TFR):** | 01/18/2017 (Actual) |
|---|---|---|---|

05/12/2017
_____
Date

/s/Jeremy W. Faith
_____
Jeremy W. Faith

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 9:14-bk-11523-PC | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | BELLAVINO, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5712 | Account #: | ******5966 Checking Account |
| For Period Ending: | 05/12/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/26/2015 |  | MCJK Entertainment LLC | Balance of Proceeds for LIq. License |  | 2,050.00 |  | 2,050.00 |
|  | {1} | MCJK Entertainment LLC | Gross Proceeds $13,000.00 | 1229-000 |  |  | 2,050.00 |
|  |  | State Board of Equalization | paid per stipulation with trustee -$10,950.00 | 5800-000 |  |  | 2,050.00 |
| 05/29/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,040.00 |
| 06/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,030.00 |
| 07/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,020.00 |
| 08/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,010.00 |
| 09/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,000.00 |
| 10/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,990.00 |
| 11/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,980.00 |
| 12/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,970.00 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 9:14-bk-11523-PC | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | BELLAVINO, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5712 | Account #: | ******5966 Checking Account |
| For Period Ending: | 05/12/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,960.00 |
| 03/01/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,950.00 |
| 03/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,940.00 |
| 04/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,930.00 |
| 05/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,920.00 |
| 06/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,910.00 |
| 07/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,900.00 |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,890.00 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,880.00 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 1,870.00 |
| 11/01/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | -10.00 | 1,880.00 |
| 03/21/2017 | 101 | Don Fife | 9:14-11523 Paid by order entered 3/21/17. Dividend paid at 40.39% of $750.00 = $302.94; Claim #Admin01 | 3410-000 |  | 302.94 | 1,577.06 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 9:14-bk-11523-PC | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | BELLAVINO, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5712 | Account #: | ******5966 Checking Account |
| For Period Ending: | 05/12/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/21/2017 | 102 | Jeremy W. Faith | 9:14-11523 Paid by order entered 3/21/17. Dividend paid at 40.39% of $2,050.00 = $828.04; Claim #FEE | 2100-000 | | 828.04 | 749.02 |
| 03/21/2017 | 103 | Jeremy W. Faith | 9:14-11523 Paid by order entered 3/21/17. Dividend paid at 40.39% of $140.80 = $56.87; Claim #TE | 2200-000 | | 56.87 | 692.15 |
| 03/21/2017 | 104 | Franchise Tax Board | 9:14-11523 Paid by order entered 3/21/17. Dividend paid at 40.39% of $1,713.57 = $692.15; Claim #10 | 2820-000 | | 692.15 | 0.00 |
| | | **COLUMN TOTALS** | | | **2,050.00** | **2,050.00** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **2,050.00** | **2,050.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,050.00** | **$2,050.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| | Exhibit 9 |
|---|---|
| **Form 2** | Page: 4 |

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 9:14-bk-11523-PC | **Trustee Name:** | Jeremy W. Faith (001380) |
| **Case Name:** | BELLAVINO, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5712 | **Account #:** | ******5966 Checking Account |
| **For Period Ending:** | 05/12/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5966 Checking Account | $2,050.00 | $2,050.00 | $0.00 |
| | **$2,050.00** | **$2,050.00** | **$0.00** |

| 05/12/2017 | /s/Jeremy W. Faith |
|---|---|
| **Date** | **Jeremy W. Faith** |

**UST Form 101-7-TDR (10 /1/2010)**